✏JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                    4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**       **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                        **Related Case Information:**

**County**   Essex                     Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                       Same Defendant     x          New Defendant
                                       Magistrate Judge Case Number   M 04-1732- CBS
                                       Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RICARDO MANUEL ESTRADA          Juvenile:      ☐ Yes   X No

Alias Name

Address

Birthdate: _____ SS # _____   Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**       Eliot Weinstein, Esq.          Address  228 Lewis Wharf

Bar Number                                                        617-367-9334

**U.S. Attorney Information:**

AUSA   Neil Gallagher                        Bar Number if applicable

**Interpreter:**       X  Yes       No       List language and/or dialect:       Spanish

**Matter to be SEALED:**       Yes   X   No

       Warrant Requested          ☐  Regular Process          X  In Custody

**Location Status:**

Arrest Date

X  Already in Federal Custody as of _____   Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on

**Charging Document:**       Complaint       ☐ Information          X  Indictment

**Total # of Counts:**       ☐ Petty _____   ☐ Misdemeanor _____   X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO MANUEL ESTRADA

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No. __II__    **Investigating Agency** __DEA__

**City** __Lynn__    **Related Case Information:**

**County** __Essex__    Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720-to-1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ANDRES MARTINEZ-ACEVEZ__    Juvenile:    ☐ Yes    X No

Alias Name __"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"__

Address _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__    Nationalit __Mexican__

**Defense Counsel if known:**    John Cicilline, Esq.    Address __381 Atwells Ave., Providence, RI__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

**Interpreter:**    X Yes    No    List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes  X    No

Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    __5/1/2004__

X  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __10/5/04  3/23/05__    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     **Category No.**  II         **Investigating Agency**   DEA

**City**   Lynn         **Related Case Information:**

**County**   Essex         Superseding Ind./ Inf.   X         Case No.   04-10299 PBS
Same Defendant   x         New Defendant
Magistrate Judge Case Number   04-M-1685 CBS
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES         Juvenile:   ☐ Yes   X No

Alias Name   TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address   88 NEWARK ST, LYNN MA

Birthdate: 5/10/76    SS # 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  Sex:  MALE  Race: Hispanic         Nationalit Mexican

**Defense Counsel if known:**   Raymond A. O'Hara, Esq.    Address 1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA         Bar Number if applicable

**Interpreter:**   X Yes   No    List language and/or dialect:   Spanish

**Matter to be SEALED:**   Yes X   No

  Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date   5/1/04

X  Already in Federal Custody as of         in   Wyatt Detention, Central Falls, RI
☐  Already in State Custody at         ☐ Serving Sentence   ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:         on

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    X☐ Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  3/23/05         Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  II          Investigating Agency   DEA

City   Lynn                    **Related Case Information:**

County   Essex                 Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                               Same Defendant   x          New Defendant
                               Magistrate Judge Case Number   04-M-1685 CBS
                               Search Warrant Case Number   04-M-1720 to 1730
                               R 20/R 40 from District of

## Defendant Information:

Defendant Name   VALENTIN MARTINEZ                    Juvenile:   ☐ Yes   X  No

Alias Name   VALENTIN RIVERA AKA V AKA VALE

Address    108 JOHNSON STREET, LYNN, MA

Birthdate: 12/20/69   SS # 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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**      Ronald Ian Segal, Esq.      Address  23 Central Ave., Lynn, MA

Bar Number

## U.S. Attorney Information:

AUSA   Neil Gallagher                    Bar Number if applicable

**Interpreter:**   X  Yes   X  No          List language and/or dialect:          Spanish

**Matter to be SEALED:**          Yes   X   No

       Warrant Requested          ☐  Regular Process          x  In Custody

**Location Status:**

Arrest Date          5/1/04

x  Already in Federal Custody as of                    in    Wyatt Detention, Central Falls, RI       .
☐  Already in State Custody at                  ☐ Serving Sentence       ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                    on

**Charging Document:**      Complaint      ☐ Information      X  Indictment

**Total # of Counts:**      ☐ Petty ——————   ☐ Misdemeanor ——————   X☐ Felony —— 3 ——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    3/23/05                    Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA          **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody          **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.    X          Case No.    04-10299-PBS
Same Defendant    x          New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    MANUEL GERMOSEN          Juvenile    ☐ Yes    ☒ No

Alias Name    Kelvin Madera, Manolo

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Hispanic    Nationality: Dom Rep

**Defense Counsel if known:**    Steven Judge          **Address:** 23 Central Ave., #605
                                                                Lynn, MA 01902

**Bar Number:**

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher          **Bar Number if applicable**

**Interpreter:**    ☒ Yes  ☐ No          **List language and/or dialect:**    Spanish

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as    May 1, 2005          in    Plymouth County          .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    MANUEL GERMOSEN _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**  **Category No.** II  **Investigating Agency** DEA

**City** Lynn  **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X  Case No.  04-10299 PBS
Same Defendant  X  New Defendant
Magistrate Judge Case Number  04-M-1685 CBS
Search Warrant Case Number  04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  ABDALLAH HAMDAN  Juvenile:  ☐ Yes  X No

Alias Name

Address  10 ROOSEVELT ST METHUEN MA

Birthdate: 1/17/76  SS # 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  Sex: MALE  Race: Arabic  Nationalit Palestinian

**Defense Counsel if known:**  Melvin Norris, Esq.  Address 260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA  Neil Gallagher  Bar Number if applicable

**Interpreter:**  ☐ Yes  X No  List language and/or dialect:

**Matter to be SEALED:**  Yes  X  No

Warrant Requested  ☐ Regular Process  X In Custody

**Location Status:**

Arrest Date  5/1/04

X Already in Federal Custody as of  in  Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:  on

**Charging Document:**  Complaint  ☐ Information  X Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☐ X Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  3/23/05  Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   ABDALLAH HAMDAN
_____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA_____    Category No. _____    **Investigating Agency** _DEA/MSP_____

City  _Lynn/Peabody_____    **Related Case Information:**

County   _Essex_____    Superseding Ind./ Inf.  _X_____    Case No.    _04-10299-PBS_
                               Same Defendant   _x_____         New Defendant  _____
                               Magistrate Judge Case Number    _04-m-1685-CBS_____
                               Search Warrant Case Number    _04-m-1720 to 1730_____
                               R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  _RICARDO MARTINEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name  _Chorizo, Chon_____

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race:   _Hispanic____  Nationality: _Dom Rep_____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  _Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    _Spanish_____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____.
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** Ordered by _____ on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _1 count____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _3/23/05_    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    **RICARDO MARTINEZ** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** _DEA/MSP_____

**City** _Lynn/Peabody_____    **Related Case Information:**

**County** ___Essex_____    Superseding Ind./ Inf. __X_____    Case No. ___04-10299-PBS____
                                      Same Defendant ___x_____    New Defendant _____
                                        Magistrate Judge Case Number ___04-m-1685-CBS__
                                        Search Warrant Case Number ___04-m-1720 to 1730__
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _HOWARD GREENBERG_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Caucasian___ Nationality: _US_____

**Defense Counsel if known:** __Roger Witkin_____    **Address:** _6 Beacon Street, Ste 1010_
                                              _Boston, MA 02108_
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes  ☐ No    **List language and/or dialect:**    _Spanish_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   Ordered by _MJ Swartwood_    on   _May 2004_

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _3/23/c5_    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   **HOWARD GREENBERG** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA_____          Category No. _____          Investigating Agency  __DEA/MSP_____

City  __Lynn/Peabody_____          **Related Case Information:**

County    __Essex_____          Superseding Ind./ Inf.  __X_____          Case No.    __04-10299-PBS_____
                                           Same Defendant    __x_____          New Defendant _____
                                           Magistrate Judge Case Number    __04-m-1685-CBS_____
                                           Search Warrant Case Number    __04-m-1720 to 1730_____
                                           R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  __EDGAR HOFFENS_____          Juvenile      ☐ Yes      ☒ No

Alias Name   __Carlos Colon Rivera, Tigueron_____

Address   _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex __M__  Race:   __Caucasian____   Nationality:  __US_____

Defense Counsel if known:    **John Wall**_____          Address:  **1 Commercial Wharf West**
                                                                         **Boston, MA 02110**
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher_____          Bar Number if applicable   _____

Interpreter:    ☒ Yes ☐ No          List language and/or dialect:    __Spanish_____

Matter to be SEALED:    ☐ Yes   ☒ No

    ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____  in  _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by _____  on _____

**Charging Document:**      ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**      ☐ Petty _____      ☐ Misdemeanor _____      ☒ Felony  __1 count____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/05                    Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDGAR HOFFENS** _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**                  **Category No.** II _____     **Investigating Agency**  DEA _____

**City**   Lynn _____          **Related Case Information:**

**County**   Essex _____       Superseding Ind./ Inf. ___X_____         Case No.   04-10299 PBS
                                      Same Defendant ___X_____     New Defendant _____
                                      Magistrate Judge Case Number      04-M-1685 CBS
                                      Search Warrant Case Number    04-M-1720 to 1730
                                      R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   ROGELIO GARCIA _____      Juvenile:      ☐ Yes    X No

Alias Name   LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address   85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80 ___ SS # 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 ___ Sex:  MALE ___ Race:  Hispanic _____ Nationalit  USA

**Defense Counsel if known:**      James H. Budreau, Esq. _____    Address  20 Park Plaza, Boston, MA

Bar Number _____                                    _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher _____        Bar Number if applicable _____

**Interpreter:**     ☐ Yes    X No          List language and/or dialect: _____

**Matter to be SEALED:**          Yes  X     No

         Warrant Requested          X☐   Regular Process          In Custody

**Location Status:**

Arrest Date _____

☐  Already in Federal Custody as of _____ in _____ .
☐  Already in State Custody at ──────────── ☐ Serving Sentence     ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood ___ on _____

**Charging Document:**       Complaint      ☐ Information       X Indictment

**Total # of Counts:**      ☐ Petty ____    ☐ Misdemeanor ____    ☐ X Felony ──2──

                    Continue on Page 2 for Entry of U.S.C. Citations

         I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

Date:   3/23/05 _____        Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ROGELIO GARCIA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____
_____
_____

*14*

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

Place of Offense:   MA_____          Category No. _____          Investigating Agency  DEA/MSP_____

City   Lynn/Peabody_____          Related Case Information:

County   Essex_____

Superseding Ind./ Inf.   X_____          Case No.   04-10299-PBS_____
Same Defendant   x_____          New Defendant
Magistrate Judge Case Number   04-m-1685-CBS_____
Search Warrant Case Number   04-m-1720 to 1730___
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name   JAVIER ANGEL ROMERO_____          Juvenile   ☐ Yes   ☒ No

Alias Name   Ramon Acosta, the Singer_____

Address   _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex _M_  Race:   Hispanic_____  Nationality: _____

Defense Counsel if known:   **Ray Buso**_____          Address:  **15 Church Street**
**Salem, MA 01970**

Bar Number: _____

### U.S. Attorney Information:

AUSA  Neil Gallagher_____          Bar Number if applicable   _____

Interpreter:   ☒ Yes  ☐ No          List language and/or dialect:   Spanish_____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

Location Status:

Arrest Date:   _____

☒ Already in Federal Custody as  _____  in  _____.
☐ Already in State Custody  _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____  on  _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1 count_____

### Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05          Signature of AUSA: _____