JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk):  _____

Name of Defendant      JAVIER ANGEL ROMERO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**  MA_____         **Category No.** _____         **Investigating Agency**  DEA/MSP_____

**City**   Lynn/Peabody_____                    **Related Case Information:**

**County**    Essex_____                          Superseding Ind./ Inf.    X_____          Case No.    04-10299-PBS_____
                                                    Same Defendant      x_____          New Defendant _____
                                                    Magistrate Judge Case Number      04-m-1685-CBS_____
                                                    Search Warrant Case Number      04-m-1720 to 1730_____
                                                    R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   CHRISTIAN GERMOSEN_____          Juvenile      ☐ Yes    ☒ No

Alias Name    _____

Address    _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex  M  Race:    Hispanic_____   Nationality:  Dom. Rep._____

**Defense Counsel if known:**    **Michael Hickey**_____          **Address:**  15 Church Street_____
                                                                                        Salem, MA 01970_____
**Bar Number:**          _____

**U.S. Attorney Information:**

**AUSA**   Neil Gallagher_____          **Bar Number if applicable**    _____

**Interpreter:**      ☒ Yes  ☐ No          **List language and/or dialect:**        Spanish_____

**Matter to be SEALED:**      ☐ Yes    ☒ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**          _____

☒ **Already in Federal Custody as**    _____  **in**  _____ .
☐ **Already in State Custody** _____          ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____  **on**  _____

**Charging Document:**      ☐ **Complaint**        ☐ **Information**        ☒ **Indictment**

**Total # of Counts:**      ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony**   1 count_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**      CHRISTIAN GERMOSEN

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

*16*

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA _____   **Category No.** _____   **Investigating Agency** DEA/MSP_____

**City** Lynn/Peabody_____   **Related Case Information:**

**County** Essex_____

Superseding Ind./ Inf.   X_____   Case No.   04-10299-PBS_____
Same Defendant   x_____   New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS_____
Search Warrant Case Number   04-m-1720 to 1730_____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JUAN MARTINEZ_____   Juvenile   ☐ Yes   ☒ No

Alias Name   Juan Eustate_____

Address   _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:   Hispanic_____ Nationality:  Mexican_____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Neil Gallagher_____   **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes   ☐ No   **List language and/or dialect:**   Spanish_____

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:**   FUGITIVE_____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05   Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):**  _____

**Name of Defendant**     **JUAN MARTINEZ** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet                  U.S. District Court - District of Massachusetts

**Place of Offense:** MA _____    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody          **Related Case Information:**

**County** Essex          Superseding Ind./ Inf. __X__          Case No. 04-10299-PBS
                          Same Defendant __x__          New Defendant _____
                          Magistrate Judge Case Number    04-m-1685-CBS
                          Search Warrant Case Number    04-m-1720 to 1730
                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   GERARDO VASSUER ORTIZ          Juvenile   ☐ Yes   ☒ No

Alias Name   Scarface

Address   _____

Birth date (Year only): ____ SSN (last 4 #): ____ Sex M Race: Hispanic   Nationality: Mexican

**Defense Counsel if known:**   **Richard Welsh**          **Address:** 80 Worchester St., Ste 5
                                                         North Grafton MA, 01536
**Bar Number:**   _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher          **Bar Number if applicable** _____

Interpreter:   ☒ Yes  ☐ No          List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

   ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____          ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GERARDO VASSUER ORTIZ

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  MA                 **Category No.** _____    **Investigating Agency** DEA/MSP

**City**  Lynn/Peabody                 **Related Case Information:**

**County**   Essex                 Superseding Ind./ Inf.   X            Case No.   04-10299-PBS
Same Defendant   x            New Defendant _____
Magistrate Judge Case Number      04-m-1685-CBS
Search Warrant Case Number      04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   PHIL ASARO                 Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:   Caucasian   Nationality: _____

**Defense Counsel if known:**   Kirk Griffin                 **Address:**  50 Standford Street
                 Boston, MA 02114

**Bar Number:**   _____

**U.S. Attorney Information:**

**AUSA**   Neil Gallagher                 **Bar Number if applicable**   _____

**Interpreter:**     ☐ Yes  ☒ No       **List language and/or dialect:**   _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

       ☐ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date:**   _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  MJ Swartwood   on   May 2004

**Charging Document:**   ☐ Complaint       ☐ Information       ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:**  3/23/05            **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    PHIL ASARO _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

/9

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  MA                **Category No.** _____    **Investigating Agency**  DEA/MSP

**City**  Lynn/Peabody                 **Related Case Information:**

**County**   Essex                    Superseding Ind./ Inf.   X                Case No.   04-10299-PBS
                                      Same Defendant    x            New Defendant _____
                                      Magistrate Judge Case Number      04-m-1685-CBS
                                      Search Warrant Case Number     04-m-1720 to 1730
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   SILVESTRE LIZARDI                       Juvenile      ☐ Yes    ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:   Hispanic      Nationality: _____

**Defense Counsel if known:**    **Michael Sneider**          **Address:**  **95 Commercial Wharf**
                                                                            **Boston, MA 2110**
**Bar Number:**        _____

**U.S. Attorney Information:**

**AUSA**   Neil Gallagher                         **Bar Number if applicable** _____

**Interpreter:**     ☒ Yes  ☐ No        **List language and/or dialect:**      Spanish

**Matter to be SEALED:**     ☐ Yes    ☒ No

            ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**        _____

☒ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by**  MJ Swartwood       **on**   May 2004

**Charging Document:**     ☐ **Complaint**      ☐ **Information**      ☒ **Indictment**

**Total # of Counts:**     ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**   1 count

                    Continue on Page 2 for Entry of U.S.C. Citations

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

**Date:**   3/23/05              **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    SILVESTRE LIZARDI

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    Category No.  II            **Investigating Agency**    DEA

**City**    Lynn                **Related Case Information:**

**County**    Essex

Superseding Ind./ Inf.    X            Case No.    04-10299 PBS
Same Defendant    x            New Defendant
Magistrate Judge Case Number    04-M-1685 CBS
Search Warrant Case Number    04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    ROBERT V. RUSCIO                Juvenile:    ☐ Yes    X No

Alias Name

Address    286 NEWBURY ST., PEABODY, MA

Birthdate:  7/15/51      SS #  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  Sex:  MALE  Race:  White            Nationalit  USA

**Defense Counsel if known:**    Edward L. Hayden, Esq.        Address  7 Franklin St., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA    Neil Gallagher                Bar Number if applicable

**Interpreter:**    ☐ Yes    X No        List language and/or dialect:

**Matter to be SEALED:**        Yes  X    No

   \ Warrant Requested        X☐  Regular Process        In Custody

**Location Status:**

Arrest Date

   Already in Federal Custody as of                in                .
☐ Already in State Custody at ———————————— ☐ Serving Sentence        ☐ Awaiting Trial
X  On Pretrial Release:    Ordered by:    Mag. Judge Swartwood        on

**Charging Document:**    Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ——————— ☐ Misdemeanor ——————— X☐ Felony ——2——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:    3/23/05        Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      ROBERT V. RUSCIO _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA_____ **Category No.** _____ **Investigating Agency** DEA/MSP_____

**City** Lynn/Peabody_____ **Related Case Information:**

**County** Essex_____

Superseding Ind./ Inf. X_____ Case No. 04-10299-PBS
Same Defendant x_____ New Defendant _____
Magistrate Judge Case Number 04-m-1685-CBS_____
Search Warrant Case Number 04-m-1720 to 1730_____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name GIOVANI AVILA_____    Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: Hispanic_____ Nationality: _____

**Defense Counsel if known:** Michael Natola_____ **Address:** 240 Commerical Street, Ste 2B
Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA Neil Gallagher_____ **Bar Number if applicable** _____

Interpreter: ☐ Yes ☒ No    **List language and/or dialect:** _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by MJ Swartwood on May 2004

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA:_____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk):  _____

Name of Defendant      GIOVANI AVILA      _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. __X__    Case No. 04-10299-PBS
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number 04-m-1685-CBS
Search Warrant Case Number 04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name GILBERTO ZAYAS    Juvenile ☐ Yes ☒ No

Alias Name Cumbia King, Tony

Address _____

Birth date (Year only): ___ SSN (last 4 #): ___ Sex M Race: Hispanic Nationality: ___

Defense Counsel if known: Raymond E. Gillespie    Address: 875 Massachusetts Ave, Ste 32
Cambridge, MA 02139

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by MJ Swartwood on May 2004

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☒ Felony 1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____