JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): ______

Name of Defendant GILBERTO ZAYAS

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

23

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** ______ **Investigating Agency** DEA/MSP

**City** Lynn/Peabody

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 04-10299-PBS
Same Defendant x New Defendant ______
Magistrate Judge Case Number 04-m-1685-CBS
Search Warrant Case Number 04-m-1720 to 1730
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name LUIS E. DEJESUS Juvenile ☐ Yes ☒ No

Alias Name Edgardo

Address ______

Birth date (Year only): ______ SSN (last 4 #): ______ Sex M Race: Hispanic Nationality: ______

**Defense Counsel if known:** John W. Laymon **Address:** 77 Franklin Street, # 3 Boston, MA 02110

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** Neil Gallagher **Bar Number if applicable** ______

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☒ **Already in Federal Custody as** May 2004 **in** Wyatt .
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** ______

District Court Case Number (To be filled in by deputy clerk): ____________

Name of Defendant LUIS E. DEJESUS

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** DEA

**City** Lynn

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 04-10299 PBS
Same Defendant X New Defendant
Magistrate Judge Case Number 04-M- 1731CBS
Search Warrant Case Number 04- M 1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name BENITO GRULLON Juvenile: ☐ Yes X No

Alias Name QUICO

Address

Birthdate: SS # Sex: MALE Race: Hispanic Nationalit Dominican

**Defense Counsel if known:** Ron Ian Segal, Esq.. Address 23 Central Ave., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA Neil Gallagher Bar Number if applicable

**Interpreter:** X Yes No List language and/or dialect: Spanish

**Matter to be SEALED:** Yes X No

Warrant Requested X Regular Process In Custody

**Location Status:**

Arrest Date 5/1/04

X Already in Federal Custody as of in .
☐ Already in State Custody at ☐ Serving Sentence ☐ Awaiting Trial
X On Pretrial Release: Ordered by: on

**Charging Document:** Complaint ☐ Information X Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor X Felony ~~2~~

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/05 Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): ________________

**Name of Defendant** BENITO GRULLON

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ________________

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA, CA **Category No.** ______ **Investigating Agency** DEA/MSP

**City** Lynn

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. x Case No. 04-10299-PBS
Same Defendant ______ New Defendant X
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name MARTIN CERNA GARCIA Juvenile ☐ Yes ☒ No

Alias Name "Willy"; "Nephew"

Address 11027 Meyers Dr., Cucamnga, CA 91730

Birth date (Year only): 1963 SSN (last 4 #): ______ Sex M Race: Hispanic Nationality: Mexican

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** Neil Gallagher **Bar Number if applicable** ______

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ____________________

**Name of Defendant** MARTIN CERNA GARCIA

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** ______ **Investigating Agency** DEA/MSP

**City** Lynn, MA

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. x Case No. 04-10299-PBS
Same Defendant ______ New Defendant X
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name ROBINSON RUIZ Juvenile ☐ Yes ☒ No

Alias Name "Metresa"

Address 6 Houston Street, Lynn, MA 01905

Birth date (Year only): 1964 SSN (last 4 #): 6369 Sex M Race: Hispanic Nationality: Dom. Republic

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** Neil Gallagher **Bar Number if applicable** ______

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** ROBINSON RUIZ

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** ________ **Investigating Agency** DEA/MSP

**City** Lynn, MA

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. x Case No. 04-10299-PBS
Same Defendant ________ New Defendant X
Magistrate Judge Case Number ________
Search Warrant Case Number ________
R 20/R 40 from District of ________

**Defendant Information:**

Defendant Name CARLOS RAFAEL ROJAS Juvenile ☐ Yes ☒ No

Alias Name "Chelo"; "Ramon"

Address ________

Birth date (Year only): ____ SSN (last 4 #): ____ Sex M Race: ________ Nationality: ________

**Defense Counsel if known:** ________ **Address:** ________

**Bar Number:** ________

**U.S. Attorney Information:**

**AUSA** **Neil Gallagher** **Bar Number if applicable** ________

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** **Spanish**

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ________

☐ **Already in Federal Custody as** ________ **in** ________.
☐ **Already in State Custody** ________ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ________ **on** ________

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ____ ☐ **Misdemeanor** ____ ☒ **Felony** 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** [signature]

District Court Case Number (To be filled in by deputy clerk): ______

Name of Defendant CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | 18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** ______ **Investigating Agency** DEA/MSP

**City** Lynn/Peabody

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 04-10299-PBS
Same Defendant ______ New Defendant X
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name CARLOS ORLANDO ARGUETA-MACARIO Juvenile ☐ Yes ☒ No

Alias Name "Chaparro"

Address 15 Washington Place, Peabody, MA 01960

Birth date (Year only): 1967 SSN (last 4 #): 0292 Sex M Race: Hispanic Nationality: Mexican

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** Neil Gallagher **Bar Number if applicable** ______

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** ______ **Investigating Agency** DEA/MSP

**City** Lynn, MA

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. x Case No. 04-10299-PBS
Same Defendant ______ New Defendant X
Magistrate Judge Case Number ______
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name WILLIAM R. HOLMES Juvenile ☐ Yes ☒ No

Alias Name "Billy"

Address 43 Reservoir Drive, Danvers, MA

Birth date (Year only): 1961 SSN (last 4 #): 7332 Sex M Race: ______ Nationality: ______

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** Neil Gallagher **Bar Number if applicable** ______

**Interpreter:** ☐ Yes ☐ No **List language and/or dialect:** ______

**Matter to be SEALED:** ☒ Yes ☐ No

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______.

☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**

☐ **On Pretrial Release:** **Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ______

**Name of Defendant** WILLIAM R. HOLMES, a/k/a "Billy"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

3c

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** ________ **Investigating Agency** DEA/MSP

**City** Lynn, MA

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. x Case No. 04-10299-PBS
Same Defendant ________ New Defendant X
Magistrate Judge Case Number ________
Search Warrant Case Number ________
R 20/R 40 from District of ________

**Defendant Information:**

Defendant Name GENE A. ANDERSON Juvenile ☐ Yes ☒ No

Alias Name ________

Address 87 Broad Street #1, Lynn, MA

Birth date (Year only): 1970 SSN (last 4 #): 0733 Sex M Race: ________ Nationality: ________

**Defense Counsel if known:** ________ **Address:** ________

**Bar Number:** ________

**U.S. Attorney Information:**

**AUSA** **Neil Gallagher** **Bar Number if applicable** ________

**Interpreter:** ☐ **Yes** ☐ **No** **List language and/or dialect:** ________

**Matter to be SEALED:** ☒ **Yes** ☐ **No**

☒ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ________

☐ **Already in Federal Custody as** ________ **in** ________.
☐ **Already in State Custody** ________ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ________ **on** ________

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ________ ☐ **Misdemeanor** ________ ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ____________________

**Name of Defendant** GENE A. ANDERSON

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**