```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )
    v.                      )    Crim No. 04-10299-PBS
                            )
ROGELIO GARCIA              )

**ASSENTED MOTION TO MODIFY CONDITIONS OF RELEASE**
**(Travel Out Of State)**

Now Comes defendant Rogelio Garcia, who respectfully moves this Court to modify his conditions of release as follows:

1.  That he be permitted to travel to California on vacation from June 15, 2005 to June 31, 2005.  Mr. Garcia will be visiting his family and staying with a relative throughout.

2.  That Mr. Garcia provide his pre-trial release officer his itinerary for the trip, the address where he will be staying and contact information while away.  This information will provide this information in advance of his departure.

3.  Mr. Garcia has successfully and fully complied with all the conditions of his release to date.

4.  AUSA Neil Gallagher assents to this motion.

5.  Counsel has spoken to PTS Basil Cronin and he does not object to this motion.

                              Respectfully submitted,
                              ROGELIO GARCIA
                              By his Attorney

      /S/ JAMES BUDREAU
JAMES H. BUDREAU, ESQ.
Oteri, Weinberg & Lawson
20 Park Plaza, Suite 905
Boston, MA 02112
(617) 227-3700

    I, James Budreau, do certify that I served a copy of this document to September Brown at Pre-Trial Services on this 7th day of June 2005 by fax and U.S. Mail, first class.

      /S/ JAMES BUDREAU
James Budreau