UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO. 04-10299-PBS

v.

ROGELIO GARCIA

### NOTICE OF RESCHEDULED RULE 11 HEARING

SARIS, U.S.D.J.                                              November 17, 2005

The Rule11 Hearing previously scheduled for November 29, 2005, at 4:00 p.m., has been **rescheduled** to **November 29, 2005, at 2:00 p.m.**

**NOTE: Change is to time only.**

By the Court,

 /s/ Robert C. Alba 
Deputy Clerk

Copies to:  All Counsel

resched.ntc