UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
      v.                        )      Crim No. 04-10299-PBS
                                )
ROGELIO GARCIA                  )

**JOINT MOTION TO CONTINUE RULE 11 HEARING DATE**

Now Comes defendant Rogelio Garcia, who respectfully moves this Court to continue the date scheduled for his change of plea in the instant matter.  In support of this request, defendant states the following:

1.    Mr. Garcia's long time girlfriend is fifteen weeks pregnant.  See Affidavit of James Budreau.

2.    Mr. Garcia understands that he is likely to be taken into custody upon his change of plea.  Given his girlfriend's circumstances, he is asking that the Court permit him to remain free during the next two critical months of her pregnancy or until mid January 2006.

3.    Mr. Garcia moves this Court to therefore, continue his sentencing to the second week of January 2006.  It should be noted that Mr. Garcia's counsel begins a two week trial on January 17, 2006.

Wherefore, the parties jointly request that this Court grant Mr. Garcia's motion.

                              Respectfully submitted,
                              ROGELIO GARCIA
                              By his Attorney

 /S/ JAMES BUDREAU
JAMES H. BUDREAU, ESQ.
BBO# 55391
20 Park Plaza, Suite 905
Boston, MA 02112
(617) 227-3700


Respectfully submitted,
Michael Sullivan
United States Attorney,


/S/ Neil Gallagher
NEIL GALLAGHER, AUSA
U.S. Attorney's Office
One Courthouse Way
Boston, MA
(617)748-3100

AFFIDAVIT OF JAMES BUDREAU

I, James Budreau, do state that the following is true to the best of my knowledge:

1.      I represent Mr. Garcia and have been appointed as his counsel under the Criminal Justice Act.  I am a member of the Massachusetts and federal bar in good standing.

2.      Mr. Garcia and his girlfriend have reported to me that she is 15 weeks pregnant.

3.      The next two months are critical to the development of a fetus.  Mr. Garcia, who understands that he will be incarcerated upon his change of plea, seeks to remain free during this critical time period both to lend his emotional and physical support to his girlfriend.

Signed under pains and penalties of perjury,


  /S/ JAMES BUDREAU