UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

ROGELIO GARCIA

### NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                              June 20, 2006

    The Sentencing previously scheduled for August 3, 2006, at 2:00 p.m., has been **rescheduled** to **August 3, 2006, at 3:00 p.m.**

**NOTE: Change is to time only.**

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc