**ABLITT & CHARLTON, P.C.**
92 Montvale Avenue, Suite 2950
Stoneham, Massachusetts 02180
Telephone: (781) 246-8993
Fax: (781) 246-8994

FILED
CLERKS OFFICE

2006 JUN 28 P 2: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

BY CERTIFIED AND REGULAR MAIL

06/26/2006

Clerk of the US District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02105
4.1672 / Barboza

**NOTICE OF MORTGAGE FORECLOSURE SALE**

Re:   Deutsche Bank National Trust Company, as Trustee of Ameriquest Securities Inc., Asset Backed Pass-Through Certificates, Series 2004-R2 under the Pooling & Servicing Agreement dated as of March 1, 2004, Without Recourse/ Jose A. Barboza and Gladys M. Barboza

Property Address: 63 Durso Avenue, Malden, MA

Dear Sir or Madam:

Pursuant to M.G.L. c. 244 sec. 14, as amended, enclosed is a copy of the Notice of Mortgagee's Sale of Real Estate.

This notice is provided to you because an examination of the record title shows that you held an interest of record in the property thirty (30) days prior to the sale.

Cordially,

Present holder of mortgage
By its Attorney,

Robert F. Charlton, Esq.
4.1672 / Barboza
CERTIFIED MAIL NO. 70060810000450448898
RETURN RECEIPT REQUESTED

### NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Jose A. Barboza and Gladys M. Barboza to Ameriquest Mortgage Company, dated January 14, 2004 and recorded with the Middlesex County (Southern District) Registry of Deeds at Book 41855, Page 135, of which mortgage Deutsche Bank National Trust Company, as Trustee of Ameriquest Securities Inc., Asset Backed Pass-Through Certificates, Series 2004-R2 under the Pooling & Servicing Agreement dated as of March 1, 2004, Without Recourse is the present holder, for breach of the conditions of said mortgage and for the purpose of foreclosing, the same will be sold at Public Auction at 4:00 PM on August 3, 2006, on the mortgaged premises located at 63 Durso Avenue, Malden, MA 02148, all and singular the premises described in said mortgage,

TO WIT:

NORTHWESTERLY by said Durso Avenue, 75 feet;

NORTHEASTERLY by Lot A, on said plan, 100 feet;

SOUTHEASTERLY by land of owners unknown, 74.85 feet; and

SOUTHWESTERLY by land of owners unknown, 100 feet.

Said premises contain 7492 square feet of land, according to said Plan.

For mortgagor's(s') title see deed recorded with Middlesex County (Southern District) Registry of Deeds Book 29213, Page 274.

These premises will be sold and conveyed subject to and with the benefit of all rights, rights of way, restrictions, easements, right of ways, covenants, liens or claims in the nature of liens, improvements, public assessments, any and all unpaid taxes, tax titles, tax liens, water and sewer liens and any other municipal assessments or liens or existing encumbrances of record which are in force and are applicable, having priority over said mortgage, whether or not reference to such restrictions, easements, improvements, liens or encumbrances is made in the deed.

TERMS OF SALE:

A deposit of TEN THOUSAND ($10,000.00) DOLLARS by certified or bank check will be required to be paid by the purchaser at the time and place of sale. The balance is to be paid by certified or bank check at Ablitt & Charlton, P.C., 92 Montvale Avenue, Suite 2950, Stoneham, MA 02180, other terms and conditions will be provided at the place of sale. The description of the premises contained in said mortgage shall control in the event of an error in this publication.

OTHER TERMS, IF ANY, TO BE ANNOUNCED AT THE SALE.

Present holder of said mortgage

By its Attorneys,

Robert F. Charlton, Esq.
Ablitt & Charlton, P.C.
92 Montvale Avenue, Suite 2950
Stoneham, MA 02180
(781) 246-8995

Dated: 06/26/2006

4.1672 / Barboza

JAMES BUDREAU
20 PARK PLAZA Suite 905
BOSTON MA 02116

Bk: 42990 Pg: 582

6 pg

## MORTGAGE

This mortgage made this 4th day of June, 2004, is between Jose A. Barboza and Gladys M. Barboza presently residing at 63 Durso Avenue, Malden, Massachusetts, the MORTGAGORS, and the Clerk of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, the MORTGAGEE.

WITNESSETH for consideration paid and to secure an Agreement to Forfeit Property dated June 4th 2004 in the amount of $ 90,000, executed by Jose A. Barboza and Gladys M. Barboza in favor of the United States of America and an agreement to Forfeit Property dated June 4th, 2004, in the amount of $ 90,000 executed by the Mortgagor in favor of the United States of America and to secure the due observance and performance of the obligations, terms and conditions of Rogelio Garcia as set forth in an Order Setting Conditions of Release dated June 1, 2004 issued by the United States District Court for the District of Massachusetts in the criminal action presently numbered 04-1685, and to further secure the performance of all other covenants and agreements of or by Defendant and by Mortgagor herein, for the benefit of the Mortgagee, which may now exist or may hereafter exist or accrue while this Mortgage is still undischarged of record, and in furtherance of and pursuant to and Escrow Agreement made among MORTGAGOR and Michael Sullivan as the United States Attorney for the District of Massachusetts, and the MORTGAGEE, the MORTGAGOR hereby mortgages to the MORTGAGEE, with power of sale, the following parcel of real property with the following covenants thereon, situated, lying and being at 63 Durso Avenue, Malden, Massachusetts and more particularly described in Exhibit A attached hereto.

TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents, royalties, mineral, oil and gas rights and profits, water, water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Mortgage; and all of the foregoing, together with said property are hereinafter referred to as the "Property."



# Registry of Deeds
William Francis Galvin, Secretary of the Commonwealth
Middlesex South - Eugene C. Brune, Register

Home | Search | Index | Feedback | Contact

Registry Home | Select Another Registry | Registry of Deeds Search | Contact Us | Help | F.A.Q

⬅ Back

**Town:** MALDEN

| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
|---|---|---|---|---|---|
| 144332 | 06/07/2004 | MORTGAGE | 6 | 42990/582 | 90,000.00 |

| Street# | Street Name | Description |
|---|---|---|
| 63 | DURSO AVE | |

| Grantor | BARBOZA JOSE A |
|---|---|
| | BARBOZA GLADYS M |
| Grantee | USA |

🔍 Quick Document Viewer  Click here for Printing Instructions.
🔍 High Quality Viewer  (Requires TIFF Plug-In) Click here for Instructions.
≋ Download the Document Pages  (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for informational purposes only. To obtain an official copy of any free document or publication, please contact the Secretary of the Commonwealth of Massachusetts, District Registry of Deeds. If you are experiencing difficulties with this website please contact us at grmsupport@acs-inc.com