July 9, 2006

To Whom It May Concern:

My name is Stephannie and I have known Rogelio for about five years. We have been dating for this period of time as well. I currently work at Suffolk University, full-time, as Office Coordinator for the Government Department. I have been at this position for a year and a half. Previously, I worked in the English Department. I am also currently working towards my Master's Degree in Criminal Justice at Suffolk University.

I met Rogelio five years ago at a nightclub. We were introduced by my mother who had met him previously at the nightclub. A few weeks after that first encounter we started dating. We have been together ever since. On May 25, 2006, our son, Maximus was born. When I met Rogelio he worked for JFC. International and was coach for an amateur soccer league team. Currently, he works for Boston Kitchen and is a certified U.S. soccer referee. He works for amateur and semi-pro adult and high school leagues.

Rogelio is a very outgoing and generous person. He gets along great with everyone he meets. Everyone knows him as having a great sense of humor. He is always telling jokes and making people laugh. You can always count on having a good time when Rogelio is around. Rogelio is also a very generous and helpful person. If someone needs help, Rogelio is willing to lend a hand. For example, he has taken the time after work to take my grandfather to his doctor's appointments. My grandparents came to visit

us and see the baby (they live in Costa Rica). My grandfather is a diabetic and losing his vision so he cannot do many things on his own anymore. Rogelio has helped my grandfather get around, take him to his visits and has also taken my grandmother and trips to the stores and sightseeing. Between work and soccer, Rogelio has taken the time to help my grandparents and keep them company when no one else can. Rogelio is not a violent person. He has never gotten into any problems or altercation with anyone.

When the police came to our home to arrest Rogelio on drug charges I was stunned. I could not believe that he was involved in something like that. He does not seem the type of person to be involved in that sort of thing. He is a hardworking individual, dedicated to his family and work. Rogelio realized that he had gotten involved with the wrong crowd and for that reason got out of that environment. He has apologized to my family and me for his behavior. Rogelio realized that there were no benefits to being involved in that type of business and for that reason he got out of it as soon as he could. As a result of his involvement in that environment, he lost a lot of things. Rogelio lost his good, stable job at JFC (he was fired after his arrest); he was not able to coach his soccer team and lost a year of work as a soccer referee. It took Rogelio a couple of months to find a new job with decent pay.

I truly believe that Rogelio will stay out of trouble. As of today, he has not been in any trouble at all. He is working seven days a week, as a driver for Boston Kitchen during the week and nights and weekends as a soccer referee. After work, he is at home with his family. Since I am currently working on my Master's Degree, I depend on Rogelio to pick me up at night after my classes and to help me with the chores around the house. With the birth of our son, it is extremely valuable to have Rogelio around the

house. I count on him to help me out with the baby when it comes to watching over him and getting his basic necessities such as diapers and formula.

I strongly urge you to consider the sentence you will hand down to Rogelio. He made a mistake and has suffered the consequences. He realized his errors and has accepted all responsibility for his actions. Rogelio has matured as person and is a dedicated family man.

Sincerely,

Stephannie Barboza

63 Durso Avenue
Malden, MA 02148
857-204-8898

July 10, 2006

To Whom It May Concern:

My name is Carlos Garduño. I am an electrician and have been in this profession for the past 14 years. I am also the president of the Lynn Amateur Soccer League (LASL) in Lynn, Massachusetts.

I met Rogelio in the summer of 2001, through the soccer league when he was a goalie for one of the teams, Los Cerezos, in the league. Later, he formed his own team, Atlas, which he coached for two years. Now Rogelio is more involved in soccer as a referee. His plans are to keep gaining experience as a referee and continue to increase his grade level.

Rogelio is a good guy. He is a very friendly person and gets along great with everyone. My wife and I have been out with him and Stephannie on many occasions to the movies and dinner. We always have a good time. Rogelio is not a violent person. I have never seen him get into an argument or a fight with anyone. Sometimes during soccer matches players would get into fights; Rogelio would try to break up the fights and calm the players down.

When I found out that Rogelio was involved in drugs I was completely surprised. He does not seem the type of person to be involved in that type of activity. Rogelio is a mature and hard working individual and he made a mistake. I know for sure that he is real sorry for what he did and that he is working very hard to correct his mistakes. He is a father to a baby boy now and dedicates his time to taking care of his family.

Sincerely,

Carlos Garduño
168 Chatham St.
Lynn, MA

July 10, 2006

To Whom It May Concern:

My name is Gloria Garduño. I am a Certified Nursing Assistant (CNA) and have been in this field for the past 7 years.

I met Rogelio in 2001, through my husband, Carlos, who is the president of the Lynn Amateur Soccer League (LASL). He played for one of the teams in the league and later coached his own team in the league for two seasons.

Rogelio is a very friendly person and gets along with everyone. Rogelio is not a violent person. He has a great sense of humor and is always joking and making people laugh. My husband and I have gone out to dinner with Rogelio and Stephannie on many occasions. We always have a good time.

When I found out that Rogelio was involved in drugs I was shocked. He does not seem the type of person to be involved in drugs. Rogelio knows he made a mistake and is sorry for what he did. He is working hard for his family and himself. He now has a son that he is taking care of and that he must be a role model for. Rogelio is a mature and hard working individual. I know for sure that he is real sorry for what he did and that he is working very hard to make up for his mistakes. He has kept himself out of trouble, has a good job and is taking care of his family.

Sincerely,

*Gloria G. Vargas*

Gloria Garduño
168 Chatham St.
Lynn, MA

July 7, 2006.

**TO WHOM IT MAY CONCERN:**

My name is Gladys Barboza and I work as a Family Child Care Program Director in the Jamaica Plain area for almost two years and I have worked in this field the past 20 years.

I'm writing this reference letter for Rogelio Garcia. I met him through some friends at a club in 2001. At the present time he is my daughter's boyfriend and the father of my first grandson.

Rogelio is a very reliable person, hard working individual, ready to help people and to be there when someone needs him. He is always available and eager to learn new skills and to grow personally and professionally. Rogelio is very much involved in soccer as a Referee and keeps himself updated in his field. He is always working as a referee when his free time allows him to do so. Rogelio is known as a very calm and relaxed person, he is not violent and wants to be out of trouble, especially now that he is starting a new family and has a new baby boy.

To find out that Rogelio was involved in drugs was a shock for me and the family, he did not have the profile of a person with that behavior and I believe it was a mistake on his part to get involved in that kind of business. He did not intent to harm anybody or get himself in trouble. I'm very positive that he is clear that he was related to the wrong people and got involved in something that will be in his past and he will regret it all this life too, especially now that he has a son and he will need him to guide him in life and show him the good and the bad things around the world and make sure he will be a good child and a good person in life.

He is ready to continue with his life and correct his past mistakes and life according to the expectations from all his family and friends and especially his son and the baby's mother.

If you need any further information, feel free to contact me at any time at 781-322-2102 or by e-mail at: gladysb23@yahoo.com.

Sincerely yours,

*Gladys Barboza*
Gladys Barboza
63 Durso Ave
Malden, Ma 02148

# Boston Kitchen Distributors Inc.

10 Waltham Street
Wilmington, MA 01887
www.bostonkitchen.com

(978) 657-8720                                  Fax (978) 657-0670

---

To: Whomever This May Concern
Subject: Employee Rogelio Garcia
Date: July 7, 2006

Please be advised that Rogelio Garcia has been employed at Boston Kitchen Distributors, Inc., as a truck driver since 9/15/2004. Rogelio is an outstanding warehouse worker and has done an excellent job for us for the past 2 years, without any complaints whatsoever form either his manager, co-workers or our customer base, with whom he must interface on a daily basis. He has received only superlative comments concerning all he does in the company.

We have found Rogelio to be a steady and excellent employee for our company.

We are hoping that Mr. Garcia will be here at Boston Kitchen Distributors for some time to come.

Sincerely,

*William L. Sellers*

William L. Sellers
Human Resource Manager
Boston Kitchen Distributors, Inc.
Wilmington, MA
978-657-8720  X:29

| BKD Corporate Office | BKD WAKEFIELD | BKD NEEDHAM | BKD KINGSTON | BKD MIDDLETON |
|---|---|---|---|---|
| 10 Waltham Street | 15 Lincoln Street | 56 Brook Road | 179 Summer Street | 215 South Main Street |
| Wilmington, MA 01887 | Wakefield, MA 01880 | Needham, MA 02492 | Kingston, MA 02364 | Middleton, MA 01949 |
| (978) 657-8720 | (781) 245-3881 | (781) 444-4711 | (781) 585-0919 | (978) 750-1403 |
| (978) 657-0670 Fax | (781) 245-3883 Fax | (781) 444-4083 Fax | (781) 585-0921 Fax | (978) 750-0617 Fax |



**Boston Kitchen Distributors Inc.**

10 Waltham Street
Wilmington, MA 01887

(978) 657-8720   www.bostonkitchen.com   Fax (978) 657-0670

---

To: Whomever This May Concern
Subject: Employee Rogelio Garcia
Date: July 7, 2006

Please be advised that Rogelio Garcia has been employed at Boston Kitchen Distributors, Inc., as a truck driver / warehouse worker since 9/15/2004. Rogelio has been an outstanding worker for the past 2 years, doing whatever has been asked of him, with nothing but positive compliments on his work and work ethics from us, his co-workers, or from the many customers with whom he interfaces on a daily basis.

We have found Rogelio to be a model employee and role model for those he trains and works with everyday.

We are hoping that Mr. Garcia will be here at Boston Kitchen Distributors for some time to come.

Sincerely,

*William L Sellers*

William L. Sellers
Human Resource Manager
Boston Kitchen Distributors, Inc.
Wilmington, MA
978-657-8720  X:29

Vincent Toland - - - Warehouse Manager & Supervisor  *Vincent Toland*

Robyn Grandolfi - - - Accounting Manager  *Robyn Grandolfi*

Michael Hutchinson - - - Customer Service  *Michael Hutchinson*

---

| BKD Corporate Office | BKD WAKEFIELD | BKD NEEDHAM | BKD KINGSTON | BKD MIDDLETON |
|---|---|---|---|---|
| 10 Waltham Street | 15 Lincoln Street | 56 Brook Road | 179 Summer Street | 215 South Main Street |
| Wilmington, MA 01887 | Wakefield, MA 01880 | Needham, MA 02492 | Kingston, MA 02364 | Middleton, MA 01949 |
| (978) 657-8720 | (781) 245-3881 | (781) 444-4711 | (781) 585-0919 | (978) 750-1403 |
| (978) 657-0670 Fax | (781) 245-3883 Fax | (781) 444-4083 Fax | (781) 585-0921 Fax | (978) 750-0617 Fax |

July 10, 2006

To: Whom It May Concern
Subject: Employee Rogelio Garcia
Date: July 10, 2006

Please be advised that Rogelio Garcia was employed at JFC Int'l Inc. – Boston Sales Office as a truck driver / warehouse worker from March 2000 to May 2004. Rogelio was a excellent worker during the period of his employment with JFC Int'l, Inc. He always showed a positive attitude toward his work and his co-workers.

Sincerely,

Yoshitaka Kawasaki
Sales Manager
Boston Sales Office
978-657-7725

*JFC International Inc*
Boston Sales Office
14 Jewel Drive
Wilmington MA
01887
**tel** (978) 657-7725
**fax** (978 657-6458