**ABLITT & CHARLTON, P.C.**
92 Montvale Avenue, Suite 2950
Stoneham, Massachusetts 02180
Telephone: (781) 246-8995
Fax: (781) 246-8994

FILED
CLERKS OFFICE

2006 AUG -7 P 3:09

U.S. DISTRICT COURT
DISTRICT OF MASS.

August 3, 2006

Clerk of The US District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02105
4.1672/Barboza

Re:   Deutshe Bank National Trust Company as Trustee of Ameriquest Mortgage Securities Inc. Asset Backed Pass Through Certificates, Series 2004-R2 under the Pooling and Servicing Agreement dated as of March 1, 2004, Without Recourse/ Jose A. Barboza ande Gladys M. Barboza
      Property Address: 63 Durso Avenue, Malden, MA

Dear Sir or Madam:

This is to inform you that the foreclosure sale on the above-referenced property that was scheduled for August 3, 2006 has been postponed until **September 20, 2006 at 9:00 AM**

Sincerely,

Anna Rapoza, Paralegal