8/24/06

Clerk
US Federal Court
1 Courthouse Way
Boston Ma 02210

FILED
CLERKS OFFICE

2006 AUG 25  P 12: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

RE: US V. Kelvin Madera (aka: Manuel Germosen)
04-10299-PBS

Dear Clerk

Would you please send me a copy of the complete docket in the above referenced case, at the address below.

I have been declared indigent. Thank you for your assistance.

Respectfully Requested,

Kel— mad—

Kelvin Madera A93490
PO Box 100, Block B4
S. Walpole Ma 02071