UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Crim No. 04-10299-PBS |
| ) | |
| ROGELIO GARCIA    ) | |

**MOTION TO DISCHARGE MORTGAGE**

   Now Comes defendant Rogelio Garcia who respectfully moves this Court to order the United States Clerk's Office to      (1) discharge the mortgage filed with this Court for bail in the above referenced case on behalf of Mr. Garcia; (2) file said discharge with the Middlesex South County Registry of Deeds in Cambridge, Massachusetts; (3) and provide undersigned counsel with a copy of this discharge.  In support of this motion, defendant states that this mortgage is no longer necessary as Mr. Garcia was sentenced to a prison term, which he has already begun, and the case has been terminated.

   Wherefore, defendant moves this Court to grant this motion.

                    Respectfully submitted,
                    ROGELIO GARCIA
                    By his Attorney


                     /s/ JAMES BUDREAU
                    JAMES H. BUDREAU, ESQ.
                    BBO# 55391
                    20 Park Plaza, Suite 905
                    Boston, MA 02112
                    (617) 227-3700

   I hereby certify that I served a copy of Defendants' Motion was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 16th day of November 2006.
                    /s/ James Budreau
                    JAMES BUDREAU BBO# 553391
                    20 Park Plaza, Suite 905
                    Boston, MA 02116