**AFFIDAVIT OF COUNSEL**

I, James Budreau, do depose and state that the following is true to the best of my knowledge:

1. I was appointed pursuant to the Criminal Justice Act to represent Rogelio Garcia.

2. I am a member of the federal and Massachusetts bars in good standing and licensed to practice in Massachusetts.

3. The facts contained in the motion are true to the best of my knowledge and memory.

Signed under pains and penalties of perjury,

/s/ James Budreau
JAMES BUDREAU