**ABLITT & CHARLTON, P.C.**
92 Montvale Avenue, Suite 2950
Stoneham, Massachusetts 02180
Telephone: (781) 246-8995
Fax: (781) 246-8994

BY: REGULAR MAIL

December 8, 2006

Clerk & US District Court
District of Mass
One Courthouse Way
Boston MA 02105
(4.1672) / Barboza)

Re:   Deutsche Bank National Trust Company / Jose A. Barboza and Gladys M. Barboza
      Property Address: 63 Durso Avenue, Malden MA

Dear Sir or Madam:

This is to inform you that the foreclosure sale on the above-referenced property that was scheduled for December 7, 2006 has been postponed until January 17, 2007 at 3:00 PM

Very truly yours,

Anna Rapoza
Paralegal