## **DISCHARGE OF MORTGAGE**

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Gladys M. Barboza to the Clerk of the United States District Court for the District of Massachusetts, for property located at 63 Durso Avenue, Malden, MA.. dated June 7, 2004 and recorded in the official records of the Middlesex South county Registry of Deeds at book 42990 and page 582 acknowledge satisfaction of the same.

Witness my hand and seal this _2_ day of _February_, 2007

_(signature)_
Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

### COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: _February 2, 2007_

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

_(signature)_
Notary Public
My commission expires:    Judith A. Litwin
                          Notary Public
                          My Commission Expires
                          January 8, 2010